WO

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 18 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Lavenmona Deon Pooley,<br>                Defendant. | No. CR11-08219-001-PCT-DMF<br>**ORDER** |

    The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was submitted on the record including a proffer by defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger.

    IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the petition to revoke her supervised release.

    IT IS FURTHER ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings.

    Dated this 18th day of May, 2017.

Honorable David K. Duncan
United States Magistrate Judge